UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

D-1 DAVID BRIAN STONE,
D-2 DAVID BRIAN STONE, JR.,
D-3 JOSHUA MATTHEW STONE,
D-4 TINA MAE STONE,
D-5 JOSHUA JOHN CLOUGH,
D-6 MICHAEL DAVID MEEKS,
D-7 THOMAS WILLIAM PIATEK,
D-8 KRISTOPHER T. SICKLES,
D-9 JACOB J. WARD,

        Defendant(s).
_____/

CASE NUMBER: 10-20123
HONORABLE VICTORIA A. ROBERTS

## AFFIDAVIT OF ALAN H. MURRAY

ALAN H. MURRAY says under oath:

1. I am the Chief United States Pretrial Services Officer for the Eastern District of Michigan.

2. I spoke to Assistant United States Attorney Ronald W. Waterstreet regarding the bond conditions the Court set to reasonably assure the Defendants' appearance in Court as required, and the safety of the community.

3. This Affidavit is being submitted to correct the record, and any misunderstanding Mr. Waterstreet had about our conversation.

4. Contrary to Mr. Waterstreet's belief, the Court-ordered "home detention" does not allow unmonitored release the entire day. The Global Positioning Satellites system allows a Defendant to be monitored, at all times.

1

5. The Court's Pretrial Services Agency has an internal form regarding the third-party custodians' firearms. This form will be completed, and signed, by both the third-party custodian and the person who receives the firearms, before a Defendant is released to his or her designated third-party custodian.

6. The Court's Pretrial Services Agency has a safe with the capacity to handle the third-party custodians' firearms, if necessary.

_____
Alan H. Murray

Dated: May 7, 2010

Sworn to and subscribed
before me this 7th
day of May, 2010.

_____
Notary Public
Macomb County, Acting in Wayne,
My Commission Expires: 10-17-2013

LINDA VERTRIEST
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Oct 17 2013
ACTING IN COUNTY OF