UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NUMBER: 10-20123
                                HONORABLE VICTORIA A. ROBERTS
v.

DAVID BRIAN STONE, ET. AL.,

        Defendant.
                                         /

## ORDER DENYING AS MOOT DEFENDANTS' MOTION TO COMPEL DISCLOSURE OF *BRADY* AND *GIGLIO* MATERIAL

Defendant David Brian Stone, Jr. moves to compel the Government to disclose certain information (outlined on pages 3-6 of his Motion) if it is favorable to the defense, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 105 (1972). (Doc. # 480). Defendants Michael Meeks, Thomas Piatek, Tina Mae Stone, Jacob Ward, David Brian Stone, and Joshua Stone join.

The Government says it already provided – or will provide – all *Brady* and *Giglio* materials to Defendants. It addresses Defendants' specific requests on pages 4-6 of its Brief in Response. (Doc. # 504).

The *Brady* doctrine obligates the government to disclose to the defense evidence that is favorable to the accused and material to guilt or punishment. *United States v. Presser*, 844 F.2d 1275, 1281 (6th Cir. 1988). And, under *Giglio*, the government must disclose evidence affecting the credibility of a witness whose reliability may be determinative of guilt or innocence. *United States v. Blood*, 435 F.3d 612, 627 (6th Cir.

1

2006).

The Government is the sole judge of what information is both favorable to the accused and material to guilt or punishment, and what in its possession is subject to disclosure. *Presser*, 844 F.2d at 1281. The Government says it already disclosed all known *Brady* material; therefore, Defendants' *Brady* request is moot. Likewise, the Government says it agreed to turn over additional *Giglio* material on January 16, 2012. The Court instructed the Government not to provide that information until it decides the pending motion for protective order. (*See* Doc. # 557). The Court will rule on that motion shortly, and the Government will be obligated to disclose any known impeaching information. Thus, Defendants' *Giglio* request is moot as well.

Defendants' Motion to Compel Disclosure of *Brady* and *Giglio* material is **DENIED AS MOOT.**

**IT IS ORDERED.**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: January 17, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 17, 2012.

S/Linda Vertriest
Deputy Clerk

2